UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 15-04444-AB (MRWx) | Date: July 15, 2015 |

Title: *William Kenneth Chambers v. Hanson Aggregates LLC et al.*

Present: The Honorable ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order STRIKING Motion to Remand for Failure to Comply with Local Rule 7-3**

Central District of California Local Rule 7-3 provides:

***L.R. 7-3 Conference of Counsel Prior to Filing of Motions.*** In all cases . . ., counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) dates prior to the filing of the motion. If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect:

"This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

On July 13, 2015, Plaintiff William Kenneth filed a notice of motion and motion to remand this action to Los Angeles Superior Court and set the hearing for August 17, 2015. (Dkt. No. 9.) Plaintiff's notice of motion does <u>not</u> include a statement of compliance with the meet-and-confer requirements of Local Rule 7-3.

Accordingly, Plaintiff's notice of motion and motion to remand (Dkt. No. 9) is hereby **STRICKEN**. To the extent Plaintiff wishes to re-file his motion, he is advised to familiarize himself and comply with the applicable Local Rules, and he is hereby ordered to include in any future notice of motion a statement of compliance with the meet-and-confer requirements of Local Rule 7-3.

**IT IS SO ORDERED.**